IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHIRLEY A. BRITTON

v.  NO. 11-2343

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

BEFORE POLLAK, J.

AND NOW, to wit, this 17th day of August, 2011, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $500.00 together with interest and costs.

BY THE COURT:

ATTEST:

_Mary Chase_
Deputy Clerk

judg